UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                       )
                                            )  Case No._____
                                            )
                                            )  CHAPTER 7 TRUSTEE'S
                                            )  INTERIM REPORT
                                            )  NUMBER _____
Debtor(s)                                   )

    The trustee, _____, reports upon the financial condition of the estate and progress of its administration as follows:

| Estate Monies | Amounts Since Last Report | Total From Date Case Began Under Ch. 7 |
|---|---|---|
| 1. Receipts | $_____ | $_____ |
| Disbursements | $_____ | $_____ |
| BALANCE ON HAND | | $_____ |

2. The following estate property has not yet been liquidated:

3. The trustee proposes to take the following action to liquidate the property mentioned in paragraph 2 (Do not include payments owing by the debtor(s), but not yet due):

4. The trustee expects to complete liquidation of the assets and file a final account (Give expected date or estimated period of time):

5. The trustee believes the sum of $_____ could be disbursed for interim compensation and administrative expenses at this time without jeopardizing the viability of the estate.

6. The trustee expects to make a distribution to creditors (Give expected date or estimated period of time, or if stating "NONE" then also state reasons why not):

7. The Court has appointed the following professionals to perform duties in this case (Provide names and types of duties only if the persons have not received final compensation):

8. The trustee is currently obligated to pay a maximum of $_____ for administrative expenses owed to non-professionals. [If case converted from Chapter 11 to 7] The maximum amount of all timely filed claims for Chapter 11 administrative expenses is $_____.

9. Additional comments:

DATE:_____

                                                  _____
753 (12/12/88)                                                                      Trustee